UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | COMPLAINT NO 7:25-mj-2629 |
| | § | |
| JOSE ANGEL BARRERA | § | |

## APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jose Maria Garza, Jr., attorney for JOSE ANGEL BARRERA, Defendant in the above-cited matter, and files this his Notice of Appearance of Counsel. Counsel is admitted to practice in the Southern District of Texas and is appearing as counsel for JOSE ANGEL BARRERA.

Respectfully Submitted,

**LAW OFFICE OF J.M. CHEMA GARZA**

Jose Maria Garza, Jr.
SB NO. 24078545
Fed ID 1340357
206 N. Britton Ave., Suite B
Rio Grande City, TX 78582
(956) 317-1167
(866) 922-4714 Fax

### Certificate of Service

I, hereby certify that on October 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Jose Maria Garza, Jr.