# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:25−mj−02629 |
| | § | |
| Jose Angel Barrera | § | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing be set. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **October 28, 2025**