| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>10/14/2025/jp | Criminal Docket |

| | | | |
|---|---|---|---|
| __McALLEN__ Division | CR. No. | **M-25-2611** | M-25-2629-M |
| **INDICTMENT** Filed: October 28, 2025 | Judge: | **RANDY CRANE** | |
| County: Starr | | | |
| Lions #: **2025R14037** | Attorneys: | | |
| UNITED STATES OF AMERICA | NICHOLAS J. GANJEI, UNITED STATES ATTORNEY | | |
| v. | DEVIN V. WALKER, ASST. U.S. ATTORNEY | | |
| JOSE ANGEL BARRERA<br>*Custody: 10/27/2025* | Ct.1 Jose Maria Garza, Jr., Ret'd, (956) 317-1167 | | |

Charge(s): Ct. 1: Evading Immigration Checkpoint in Vehicle at High Speed.
Title 18, United States Code, Section 758

Total Counts **(1)**

Penalty: Ct. 1: Imprisonment for not more than 5 years and/or a fine of $250,000 and not more than a 3 yr. SRT

Agency: Homeland Security Investigations – Ryan Ogden – FD13CE26FD0001

Proceedings

Date